UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RODRIGUEZ; HERMINIA
RODRIGUEZ,

                        Plaintiffs,

              -against-

SANS SOUCI REHABILITATION NURSING
HOME,

                        Defendant.

25-CV-6653 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

        By order dated December 8, 2025, the Court dismissed the complaint because:

(1) Plaintiff Kevin Rodriguez could not proceed *pro se* in asserting claims on behalf of his

mother; (2) Plaintiff Herminia Rodriguez had not signed the complaint; and (3) the allegations

that Herminia Rodriguez had fallen, without more, were insufficient to establish subject matter

jurisdiction over this action in federal court. The action was dismissed for lack of subject matter

jurisdiction, and the Court granted Plaintiff Herminia Rodriguez leave to file an amended

complaint, within 30 days, clarifying the basis for subject matter jurisdiction over this action.

The Court also referred Plaintiff to the City Bar Justice Center (CBJC), which operates the

SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases

in this court.

        Plaintiff Herminia Rodriguez has not filed an amended complaint.[1] Accordingly, the

complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject

matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). This dismissal for lack of subject matter

---

[1] Kevin Rodriguez filed a statement stating that Defendant had failed to provide an incident report for Herminia Rodriguez's fall on March 25, 2025 (ECF 6), but not otherwise clarifying the basis for subject matter jurisdiction.

jurisdiction is without prejudice to refiling the claims in a proper forum, such as a state court of general jurisdiction.

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:   January 21, 2026
         New York, New York

_____
Louis L. Stanton
U.S.D.J.

2