**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEVIN RODRIGUEZ; HERMINIA
RODRIGUEZ,

                     Plaintiffs,

        -against-                            25 **CIVIL** 6653 (LLS)

                                             **JUDGMENT**

SANS SOUCI REHABILITATION NURSING
HOME,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated January 21, 2026, the complaint, filed *in forma*

*pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See*

Fed. R. Civ. P. 12(h)(3). This dismissal for lack of subject matter jurisdiction is without

prejudice to refiling the claims in a proper forum, such as a state court of general jurisdiction.

**Dated:** New York, New York

      January 27, 2026

                                     **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

                                    K. mango
         **BY:**
                                      _____
                                     **Deputy Clerk**