UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMINIA RODRIGUEZ; KEVIN
RODRIGUEZ,

                              Plaintiffs,

            -against-

SANS SOUCI REHABILATION NURSING
HOME,

                              Defendant.

25-CV-6653 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated January 21, 2026, the Court dismissed the amended complaint for lack of subject matter jurisdiction in federal court, without prejudice to refiling the claims in an appropriate forum, such as a state court. Judgment entered on January 27, 2026. Ten days later, on February 6, 2026, a notice of appeal was filed, together with a motion for an extension of time to appeal.[1] (ECF 9-10.)

The Court denies the motion for an extension of time to appeal as unnecessary because the notice of appeal was timely filed. The Clerk of Court is directed to terminate the motion for an extension of time (ECF 9).

SO ORDERED.

Dated:    February 11, 2026
          New York, New York

                                        _____
                                             Louis L. Stanton
                                             U.S.D.J.

---

[1] The motion for an extension of time form was attached to the notice of appeal form and may therefore have been submitted in error.